Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25913
Chapter: 7
Judge: A. Benjamin Goldgar

In Re:
   Kristen Angelina Bonita Blackman
   6514 S Harvard Ave
   Chicago, IL 60621

Social Security No.:
   xxx−xx−2198

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 642, Chicago, IL 60604

on October 24, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 1, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kristen Angelina Bonita Blackman          Case No. :   18−25913
6514 S Harvard Ave                         Chapter :    7
Chicago, IL 60621                          Judge :      A. Benjamin Goldgar
SSN: xxx−xx−2198 EIN: N.A.

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 1, 2018                     Jeffrey P. Allsteadt, Clerk
                                           United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-25913-ABG
Kristen Angelina Bonita Blackman                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: agalimba          Page 1 of 1          Date Rcvd: Oct 01, 2018
                              Form ID: ntchrgRq       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db            +Kristen Angelina Bonita Blackman,    6514 S Harvard Ave,    Chicago, IL 60621-3124
27082134       Western Illinois Univer,    106 Sherman Hall,    Macomb IL 61455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27082128      +E-mail/Text: bankruptcy@acacceptance.com Oct 02 2018 03:15:09      American Credit Acc,
               961 E Main,    2nd Floor,   Spartanburg SC 29302-2185
27082133      +E-mail/Text: compliance@contractcallers.com Oct 02 2018 03:17:52      Contract Callers Inc,
               501 Green St,    Fl3,   Augusta GA 30901-4415
27082130      +E-mail/Text: bknotice@ercbpo.com Oct 02 2018 03:15:36      Enhanced Recovery,    8014 Bayberry Rd,
               Jacksonville FL 32256-7412
27082132       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2018 03:15:55      Jefferson Capital,
               16 McLeland Rd,    St Cloud MN 56303
27082129      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2018 03:15:09      Midland Funding,
               8875 Aero Drive,    Ste 200,   San Diego CA 92123-2255
27082131       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 03:23:59      Portfolio RC,
               120 Corporate Blvd,    Ste 1,   Norfolk VA 23502
27079703      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 03:20:50      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
              Barry A Chatz    barry.chatz@saul.com,
               bchatz@ecf.epiqsystems.com;jurate.medziak@saul.com;becky.sutton@saul.com;irsiabc@aol.com;IL98@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2